**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| BETH O. SCOTT | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: WMN 03 CV 524 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | * | |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 11th day of April, 2003, a copy of Life Insurance Company of North America's Answer to Complaint, which was electronically filed in this case on April 11, 2003, was mailed via first class mail, postage prepaid, to: Howard J. Bernstein, Esq., Greenberg & Bederman, LLP, 1111 Bonifant Street, Silver Spring, MD 20910.

_____
Monte Fried
U.S.D.C. Bar No.: 00363
Wright, Constable & Skeen, LLP
One Charles Center
100 N. Charles Street, 16th Fl.
Baltimore, MD 21202
(410) 659-1312
(410) 659-1350 (FAX)

Attorneys for Defendant,
Life Insurance Company of
 North America

136231 v. (08801.00011)