**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | |
|---|---|
| BETH O. SCOTT | * |
| Plaintiff | * |
| v. | *   Civil Action No.: WMN 03 CV 524 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | * |
| | * |
| Defendant | * |

\* * * * * *

**<u>NOTICE OF APPEARANCE</u>**

MR. CLERK:

Please enter the appearance of the below-named counsel as additional attorney for Defendant, Life Insurance Company of North America.

_____
Monte Fried
Wright, Constable & Skeen, LLP
100 North Charles Street
16th Floor
Baltimore, MD  21201
Bar No.:  00363
Tele: (410) 659-1312
Fax:  (410) 659-1350

136245 v. (08801.00011)