IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| Beth O. Scott | * |
| | * |
|     Plaintiff | * |
| | * |
| v. | *   Civil Action No.  WMN 03CV524 |
| | * |
| Life Insurance Company | * |
| of North America | * |
| | * |
|     Defendant | * |
| | * |

**RETURN OF SERVICE**

Counsel for Beth O. Scott, Plaintiff, hereby certifies that the complaint and any attachments were served by certified mail, restricted delivery (*see attached green card*) on: Steven B. Larsen, Insurance Commissioner of Maryland Insurance Administration on March 5, 2003.

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Signature of process server:    _____/s/_____

Date:    April 4, 2003

Name of process server:    Howard J. Bernstein, Esquire

Address of process server:    1111 Bonifant Street
Silver Spring, MD  20910
Phone: (301) 589-2200