| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| • Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>a Print your name and address on the reverse so that we can return the card to you.<br>• Attach this card to the back of the mailpiece, or on the front if space permits. | igna re<br>v  Agent<br>de<br>ssee<br>B. Received by ( Printed, Name ) ~'   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Steven & Larsen<br><br>Res ) cu n + 14y nt<br><br>T nsurance Commissioner<br><br>M aryl a n d'<br><br>S-a5" St. tea L., I Fare<br><br>3GA ltimore MD al 202 | D. Is delivery address dif from it   O Yes<br>MAR 0 5 2003<br><br>*VIAND INSURANCE*<br>*ADMINISTRATIO* <br><br>3. Service Type<br>  Certified Mail  13 Express Mail<br>  Registered   O Return Receipt for Merchandise<br>  O Insured Mail  O C.O.D.<br>4. Restricted Delivery? (Extra Fee)   'Yes |
| 2. Article Number | 913 |
| PS Form 3811, August 2001 | Domestic Return Receipt   1o2595-o2-M-1o35s |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box

GREENBERG & BEDERMAN
1111 Bonifant Street
Silver Spring, MD 20910

JH, Beth Scott complaint