UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

May 9, 2003

Howard J. Bernstein
Greenberg and Bederman, LLP
1111 Bonifant Street
Silver Spring, Maryland 20910

Carrie J. Feit
The Wagar Law Firm
3250 Mary Street, Suit 302
Coconut Grove, Florida 33133

Joy Karen Sakellaris
Wright, Constable, and Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, Maryland 21201

Monte Fried
Wright, Constable, and Skeen, LLP
100 North Charles Street, 16th Floor
Baltimore, Maryland 21201

Re: <u>Beth O. Scott v. Life Insurance Company of North America</u>
    Case No. WMN-03-CV-524

Dear Counsel:

I received the parties' most recent status reports. With respect to the dispute regarding discovery in this case, it appears to the Court that no discovery is appropriate in this case because the Court's review in this matter will be limited to the existing administrative record. If Plaintiff has additional authority showing that discovery is appropriate, she may, within the next fourteen days, brief the Court on this issue. Defendant will then have ten days to respond.

Although this letter is informal in nature, it is an order of the Court and shall be docketed as such.

Very truly yours,

_____/s/_____
William M. Nickerson
Senior United States District Judge

WMN:ch

cc: Court file