# W&S

**Wright, Constable & Skeen, L.L.P.**   Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

Douglas G. Worrall
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Robert W. Hesselbacher, Jr.**
James D. Skeen*
Kenneth F. Davies
Stephen F. White
Lois Fenner McBride
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*

Associates
  Michael A. Stanley
  Howard S. Stevens*
  Victoria August
  Joy K. Sakellaris

Of Counsel
  Francis N. Iglehart
  P. McEvoy Cromwell

  Wm. P. Constable (1882-1976)
  John D. Wright (1903-1976)

Towson Office
  307 West Allegheny Avenue
  Towson, Maryland 21204-4258
  Phone   410-825-0750
  Fax     410-825-0715

www.wcslaw.com

August 21, 2003

*Writer's Direct Dial/E-mail:*
*(410)659-1312*  mfried@wcslaw.com

Honorable William M. Nickerson, Sr.
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

Re:   Beth O. Scott v. Life Insurance Company of
      North America
      Case No.: WMN 03 CV 524
      United States District Court for
        the District of Maryland

Dear Judge Nickerson:

The above-referenced case has been brought under ERISA, and the Plaintiff seeks, among other things, a reversal of the Defendant's decision to terminate long term disability benefits.

Under the existing Scheduling Order, Motions for Summary Judgment are due on September 26, 2003. To allow the parties an opportunity to explore whether this matter can be resolved without further litigation, counsel for the Plaintiff and the Defendant jointly and respectfully request that the Scheduling Order be revised so that the deadline for filing Motions is extended until October 27,

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

142325 v. (08801.00011)

2003.  Favorable consideration of this request will be greatly appreciated.

                                            Respectfully,

                                              /s/

                                            Monte Fried
                                            Attorney for Defendant,
                                            Life Insurance Company of
                                             North America

acg/

cc:    Carrie J. Feit, Esq. (via e-filing)
        Howard J. Bernstein, Esq. (via e-filing)

Case 1:03-cv-00524-WMN   Document 15   Filed 08/21/2003   Page 2 of 2