IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BETH O. SCOTT

    Plaintiff

v.                                         Case No.: WMN 03-CV-524

LIFE INSURANCE COMPANY
OF NORTH AMERICA

    Defendant

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Beth O. Scott, and Defendant, Life Insurance Company of North America, by and through their respective counsel and pursuant to Rule 41(a)(1)(ii), hereby **dismiss with prejudice** the above-captioned proceeding

| /s/ | /s/ |
|---|---|
| CARRIE J. FEIT, ESQUIRE | MONTE FRIED, ESQUIRE |
| Wagar, Murray & Feit, P.A. | Wright, Constable & Skeen, L.L.P. |
| 3250 Mary Street, suite 302 | One Charles Center, 16th Floor |
| Coconut Grove, FL 33133 | 100 North Charles Street |
| (305) 443-7772 | Baltimore, Maryland  21201-3812 |
| | (410) 659-1312 |
| Attorneys for Plaintiff | Attorneys for Defendant |

" _APPROVED_ " THIS _26th_ DAY
OF _November_, 20_03_

_____
SENIOR UNITED STATES DISTRICT JUDGE

145626 v. (08801.00011)